PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Nicholas Peter Stefanelli     **Docket Number:** 93-00626-001

**Name of Sentencing Judicial Officer:** Honorable John W. Bissell

**Date of Original Sentence:** 03/11/1997

**Original Offense:** Conspiracy to Distribute Heroin

**Original Sentence:** 96 months imprisonment; 5 years supervised release.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 03/12/04

**Assistant U.S. Attorney:** Anthony Mescotta, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Christopher Errante, 430 Broad Street, Bloomfield, New Jersey, 07003, 973-259-0090

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'<br><br>On approximately February 6, 2008, Stefanelli was in New Haven, Connecticut without the permission of the Probation Officer. |
| 2 | The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'<br><br>On approximately February 6, 2008, the offender met with Alfred Scivola, who was convicted of Attempted Extortion, on July 13, 2005, in U.S. District Court of Connecticut. |

PROB 12C - Page 2
Nicholas Peter Stefanelli

3   The offender has violated the supervision condition which states 'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.'

On approximately February 6, 2008, the offender met with Henry Squartino, who was convicted of Conspiracy to Violate Narcotics Laws on November 27, 1985 in U.S. District Court of Northern Florida.

4   The offender has violated the supervision condition which states 'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.'

On approximately May 23, 2008, the offender met with Anthony Natalizie, who was convicted of Racketeering/Gambling on February 5, 2004 in U.S. District Court of Connecticut.

5   The offender has violated the supervision condition which states 'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.'

On approximately May 23, 2008, the offender met with Dominic Acquarulo, who was convicted of Selling, Distributing, or Dispensing Narcotics on March 14, 1997 in U.S. District Court in the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

By: Nancy Hildner
Senior U.S. Probation Officer
Date: 09/24/08

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons.   Date of Hearing: 1/8/09 @ 11:30 a.m.
[ ] No Action
[ ] Other

Signature of Judicial Officer

12/10/08
Date