UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge: JOSE L. LINARES
Court Reporter: PHYLLIS LEWIS

Date: 02/25/09
Docket No: CR. 93-626-JWB-1

Title of the Case:

UNITED STATES OF AMERICA
v.
NICHOLAS P. STEFANELLI
a/k/a "Nicky Skins"

Appearances:

Anthony Moscato, AUSA
Anthony Pope, Attorney for Defendant

Nancy Hildner, USPO

Nature of Proceedings: **VIOLATION OF SUPERVISED RELEASE**

Conf. held in chambers.
Deft. sworn.
Plea: Guilty to Violation #1
Sentence: 6 months (3 months in the custody of the BOP and 3 months on Home Confinement)
Court ordered that Deft to submit for the following:
 * Electronic Monitoring
Violations 2, 3, 4 & 5 dismissed by the Govt.
Recommendation to BOP: a medical facility able to deal with Deft's medical issues
Ordered Deft. to voluntarily surrender 04/20/09 at or before Noon.


Commenced: 10:15 a.m.
Concluded:  11:00 a.m.

Lissette Rodriguez, Courtroom Deputy
to the Honorable Jose L. Linares, U.S.D.J.
