# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

Case Number  2:93-CR-626-JWB-01

NICHOLAS P. STEFANELLI

Defendant.

## JUDGMENT IN A CRIMINAL CASE
**(For Revocation of Probation or Supervised Release)**
**(For Offenses Committed On or After November 1, 1987)**

The defendant, NICHOLAS P. STEFANELLI, was represented by ANTHONY POPE, ESQ.

Violation number(s) 2 through 5 have been dismissed.

The defendant admitted guilt to violation number(s) # 1 as stated on the violation petition. Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation |
|---|---|
| 1 | 'Left district without permission' |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances. Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on March 11, 1997 remain in full force and effect, if not already paid.

Signed this the 26th Day of FEBRUARY, 2009.

JOSE L. LINARES
United States District Judge

Judgment – Page 2 of 2

Defendant: NICHOLAS P. STEFANELLI
Case Number: 2:93-CR-626-JWB-01

## IMPRISONMENT

It is ordered and adjudged that the previously imposed term of supervised release is revoked and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 3 months of imprisonment and 3 months of home confinement months.

The Court makes the following recommendations to the Bureau of Prisons: - medical facility able to deal with Defendants medical issues

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons * Monday, April 20, 2009 at or before Noon.

The defendant is to be confined to his residence for a period of 3 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.18 per day

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal