Christopher A. Errante
518 Stuyvesant Avenue, Suite 300
Lyndhurst, NJ 07071
973-259-0090
Attorney for Defendant,
Nicholas Stefanelli

---

| | |
|---|---|
| UNITED STATES OF AMERICA | : UNITED STATES DISTRICT COURT |
| | : DISTRICT OF NEW JERSEY |
| | : |
| Plaintiff | : DOCKET NO.: 93-626-JWB-1 |
| V. | REG. NO.: 18039-050 |
| | : |
| NICHOLAS STEFANELLI | Criminal Action |
| | : |
| | CONSENT ORDER |
| | : |
| Defendant | |
| | : |

The within matter being brought before the Court by Christopher A. Errante, Esq., attorney for the Defendant, Nicholas Stefanelli, via an emergent application, for an Order Granting a TWO (2) week stay of the Defendant's April 20, 2009 surrender date to the Federal Correctional Facility located at Fort Dix, New Jersey and the foregoing parties having affixed their consent thereto and for good cause shown,

It is on this    17th    day of April, 2009

ORDERED that the Defendant's surrender date to the Federal Correctional Facility located at Fort Dix, New Jersey is hereby stayed for a period of TWO weeks; and

ORDERED that a copy of this Consent order be served on all parties within 7 days from the date thereof.

_____, U.S.D.C.

I hereby consent to the entry
Of the within Order

By: _____
ANTHONY MOSCATO, ESQ.
ASSISTANT U.S. ATTORNEY

By: _____
CHRISTOPHER A. ERRANTE, ESQ.
Attorney for Defendant